Scott W. Souers, Esq., NV Bar No.13405
ALLING & JILLSON, LTD.
276 Kingsbury Grade, Suite 2000
Post Office Box 3390
Lake Tahoe, NV 89449-3390
Ph. (775) 588-6676 ✦ Fx. (775) 588-4970
ssouers@ajattorneys.com
Attorneys for Plaintiffs and Counter-Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT ALBERTAZZI AND NOELLA ALBERTAZZI, AS TRUSTEES OF THE ALBERTAZZI FAMILY TRUST<br><br>Plaintiffs,<br><br>vs.<br><br>TERI A. ALBERTAZZI; JOHN D. GRIESINGER; and DOES I-X, inclusive,<br><br>Defendants. | Case No. 3:17-cv-00703-MMD-WGC<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT TERI ALBERTAZZI'S MOTION FOR SUMMARY JUDGMENT AND DEFENDANT JOHN GRIESINGER'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

**COME NOW**, Plaintiffs, ROBERT ALBERTAZZI AND NOELLA ALBERTAZZI, AS TRUSTEES OF THE ALBERTAZZI FAMILY TRUST by and through their attorney SCOTT W. SOUERS, ESQ., of Alling & Jillson, Ltd., and Defendants, TERI A. ALBERTAZZI and JOHN D. GRIESINGER by and through their attorney, JERRY C. CARTER, ESQ., of SIERRA CREST BUSINESS LAW GROUP collectively ("the Parties"). This is the Parties' first request for an extension of time for Plaintiff to respond to Defendant Teri Albertazzi's Motion for Summary Judgment (ECF No. 41) and Defendant John Griesinger's Motion for Summary Judgment (ECF No. 42). The Parties hereby stipulate that Plaintiffs shall have until 21 days after the court-mandated

///

///

Settlement Conference to file their responses to Defendants' respective Motions for Summary Judgment.

The extension of time is to allow for the Parties to focus on the upcoming Settlement Conference and allow Plaintiffs sufficient time to file their responses to Defendants' Motions for Summary Judgment in the event the case is not resolved at the settlement conference.

**ALLING & JILLSON, LTD.**

Dated: March 11, 2019

By: _____
SCOTT W. SOUERS, ESQ., SBN#13405
Attorneys for Plaintiffs

**SIERRA CREST BUSINESS LAW GROUP**

Dated: March 8, 2019

By: _____
JERRY CARTER, ESQ., SBN#5905
jcarter@sierracrestlaw.com
Attorney for Defendants

## ORDER

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated: March 11, 2019

_____
UNITED STATES ~~MAGISTRATE~~ DISTRICT JUDGE

Stipulation for Extension of Time