Jerry C. Carter (NSB 5905)
jcarter@sierracrestlaw.com
SIERRA CREST BUSINESS LAW GROUP
691 Sierra Rose Dr., Suite B
Reno, Nevada 89511
Telephone: (775) 448-6070
*Counsel for Defendants Teri A. Albertazzi and John D. Griesinger*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

ROBERT ALBERTAZZI AND NOELLA ALBERTAZZI, AS TRUSTEES OF THE ALBERTAZZI FAMILY TRUST,

Plaintiffs,

vs.

TERI A. ALBERTAZZI; JOHN D. GRIESINGER; and DOES I-X, inclusive,

Defendants.

Case No. 3:17-cv-00703-MMD-WGC

**STIPULATION AND ORDER TO EXTEND TIME TO COMPLETE SETTLEMENT AGREEMENT**
(First Request)

Plaintiffs Robert Albertazzi and Noella Albertazzi ("Plaintiffs") and Defendant Teri A. Albertazzi ("Defendant"), by and through their respective undersigned counsel, pursuant to Federal Rule of Civil Procedure 6(b), hereby stipulate as follows:

WHEREAS, the Honorable William G. Cobb conducted a settlement conference with Plaintiffs and Defendant on Friday, April 19, 2019, at which time they reached a settlement and resolution of their claims;

WHEREAS, the parties placed the material terms of their settlement on the record;

WHEREAS, the Court filed its Minutes of the Court on April 22, 2019 (ECF No. 56) ordering the parties to file a Stipulation and Order of Dismissal on or before June 19, 2019;

WHEREAS, the parties agreed to complete and sign the Settlement Agreement within 45 days of the settlement conference, June 3, 2019;

WHEREAS, Plaintiffs and Defendant have determined they need more time to complete

1

and sign the Settlement Agreement;

WHEREAS, the parties have agreed to extend the deadline for completing and signing the Settlement Agreement until the date agreed upon for filing the Stipulation and Order of Dismissal, Wednesday, June 19, 2019; and

WHEREAS, this is the first request for an extension of time to finalize the Settlement Agreement, which is not sought for purposes of delay but rather to provide Plaintiffs and Defendant adequate time in which to complete the agreement;

NOW THEREFORE, Plaintiff and Defendant hereby stipulate as follows:

The deadline to complete and sign the Settlement Agreement is hereby extended to and including Wednesday, June 19, 2019.

DATED this 3 day of June, 2019.

ALLING & JILLSON, LTD.
Counsel for Plaintiffs


By: */s/ Scott W. Souers*
SCOTT W. SOUERS, ESQ.
276 Kingsbury Grade, Suite 2000
Post Office Box 3390
Lake Tahoe, Nevada 89449-3390


DATED this 3rd day of June, 2019.

SIERRA CREST BUSINESS LAW GROUP
Counsel for Defendant Teri Albertazzi


By: */s/ Jerry C. Carter*
JERRY C. CARTER
691 Sierra Rose Drive, Suite B
Reno, Nevada 89511


**ORDER**

Based on the Stipulation of the parties, and good cause appearing therefore, it is hereby ordered that the deadline for completing and signing the Settlement Agreement is extended to and

2

including Wednesday, June 19, 2019.

Dated this 3rd day of June, 2019.

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE

3