Jerry C. Carter (NSB 5905)
jcarter@sierracrestlaw.com
SIERRA CREST BUSINESS LAW GROUP
691 Sierra Rose Dr., Suite B
Reno, Nevada 89511
Telephone: (775) 448-6070
*Counsel for Defendants Teri A. Albertazzi and John D. Griesinger*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

ROBERT ALBERTAZZI AND NOELLA ALBERTAZZI, AS TRUSTEES OF THE ALBERTAZZI FAMILY TRUST,

    Plaintiffs,

vs.

TERI A. ALBERTAZZI; JOHN D. GRIESINGER; and DOES I-X, inclusive,

    Defendants.

Case No. 3:17-cv-00703-MMD-WGC

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT JOHN D. GRIESINGER**

    IT IS HEREBY STIPULATED by and among the parties to the above-entitled action, through their respective undersigned counsel of record, that the above-entitled action against defendant JOHN D. GRIESINGER shall be dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41, with each party to bear its own costs and attorneys' fees.

**AFFIRMATION**

    The undersigned does hereby affirm that the foregoing does not contain the social security number of any person.

///
///
///
///
///

1

DATED this 1st day of ~~June~~ July, 2019.

ALLING & JILLSON, LTD.
Counsel for Plaintiffs

By: /s/ Scott W. Souers
SCOTT W. SOUERS, ESQ.
276 Kingsbury Grade, Suite 2000
Post Office Box 3390
Lake Tahoe, Nevada 89449-3390

DATED this 27th day of June, 2019.

SIERRA CREST BUSINESS LAW GROUP
Counsel for Defendant Teri Albertazzi

By: /s/ Jerry C. Carter
JERRY C. CARTER
691 Sierra Rose Drive, Suite B
Reno, Nevada 89511

## ORDER

Based on the Stipulation of the Parties, and good cause appearing,

IT IS HEREBY ORDERED that the above-entitled action, shall be, and the same hereby is, dismissed with prejudice as to defendant JOHN D. GRIESINGER, pursuant to Federal Rule of Civil Procedure 41, with each party to bear its own costs and attorneys' fees.

Dated this 1st day of July, 2019.

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE

2