Jerry C. Carter (NSB 5905)
jcarter@sierracrestlaw.com
SIERRA CREST BUSINESS LAW GROUP
691 Sierra Rose Dr., Suite B
Reno, Nevada 89511
Telephone: (775) 448-6070
*Counsel for Defendants Teri A. Albertazzi and John D. Griesinger*

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA

ROBERT ALBERTAZZI AND NOELLA
ALBERTAZZI, AS TRUSTEES OF THE
ALBERTAZZI FAMILY TRUST,

    Plaintiffs,

vs.

TERI A. ALBERTAZZI; JOHN D.
GRIESINGER; and DOES I-X, inclusive,

    Defendants.

_____/

Case No. 3:17-cv-00703-MMD-WGC

**STIPULATION AND ORDER
FOR DISMISSAL WITHOUT
PREJUDICE OF DEFENDANT
TERI A. ALBERTAZZI**

    IT IS HEREBY STIPULATED by and among the parties to the above-entitled action,
through their respective undersigned counsel of record, that the above-entitled action against
defendant TERI A. ALBERTAZZI shall be dismissed without prejudice, pursuant to Federal
Rule of Civil Procedure 41, with each party to bear its own costs and attorneys' fees.

## AFFIRMATION

    The undersigned does hereby affirm that the foregoing does not contain the social security
number of any person.

///
///
///
///
///

1

DATED this **1st** day of ~~June~~ **July**, 2019.

ALLING & JILLSON, LTD.
Counsel for Plaintiffs

By: _____
SCOTT W. SQUERS, ESQ.
276 Kingsbury Grade, Suite 2000
Post Office Box 3390
Lake Tahoe, Nevada 89449-3390

DATED this **27th** day of June, 2019.

SIERRA CREST BUSINESS LAW GROUP
Counsel for Defendant Teri Albertazzi

By: _____
JERRY C. CARTER
691 Sierra Rose Drive, Suite B
Reno, Nevada 89511

## **ORDER**

Based on the Stipulation of the Parties, and good cause appearing,

IT IS HEREBY ORDERED that the above-entitled action, shall be, and the same hereby is, dismissed without prejudice as to defendant TERI A. ALBERTAZZI, pursuant to Federal Rule of Civil Procedure 41, with each party to bear its own costs and attorneys' fees.

Dated this **1st** day of **July**, 2019.

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE