Jerry C. Carter (NSB 5905)
jcarter@sierracrestlaw.com
SIERRA CREST BUSINESS LAW GROUP
691 Sierra Rose Drive, Suite B
Reno, Nevada 89511
Telephone: (775) 448-6070
*Counsel for Defendants Teri A. Albertazzi and John D. Griesinger*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT ALBERTAZZI AND NOELLA ALBERTAZZI, AS TRUSTEES OF THE ALBERTAZZI FAMILY TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>TERI A. ALBERTAZZI; JOHN D. GRIESINGER; and DOES I-X, inclusive,<br><br>Defendants. | Case No. 3:17-cv-00703-MMD-WGC<br><br>**ORDER GRANTING WITHDRAWAL OF COUNSEL** |

TO: All parties herein and their respective counsel of record:

PLEASE TAKE NOTICE THAT, pursuant to Nevada Supreme Court Rule 46, Jerry C. Carter, Esq., and Sierra Crest Business Law Group hereby withdraw as counsel of record for Defendants in the above-captioned matter.

The undersigned does hereby affirm that the within document does not contain the social security number of any person.

///
///
///
///

1

DATED this 8th day of July, 2019.

SIERRA CREST BUSINESS LAW GROUP
Attorneys for Plaintiffs

By: /s/ Jerry C. Carter
JERRY C. CARTER
691 Sierra Rose Dr., Suite B
Reno, Nevada 89511

*Counsel for Defendants / Counterclaimants*

IT IS SO ORDERED.

DATED: July 9, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I certify that I am an employee of SIERRA CREST BUSINESS LAW GROUP and that on this date the within document entitled NOTICE OF WITHDRAWAL OF COUNSEL was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically e-serve the same on the attorney of record set forth below:

Scott W. Souers, Esq.
ALLING & JILLSON, LTD.
276 Kingsbury Grade, Suite 2000
P.O. Box 3390
Lake Tahoe, NV 89449-3390
ssouers@ajattorneys.com
Attorney for Plaintiffs

DATED this 8th day of July, 2019.

*/s/ Karen Nielsen*